Docket No. WRIT 1001.
Re: Cause No: E0004327

| | | |
|---|---|---|
| STATE OF TEXAS: | § | IN THE ELLIS COUNTY |
| | § | |
| PLAINTIFF | § | COURT AT LAW No. 2 |
| | § | |
| vs. | § | 109 SOUTH JACKSON St. |
| | § | |
| Frederick-William: Van Horn | § | WAXAHACHIE, TEXAS |
| | § | |
| Relater | § | 75168 |

## Notice of Appeal

I am Appealing the September 9th order of Ellis county court at law No. 2.

Please take 'Notice of Appeal: Pleading'. Filed here with is a CD of the appellants record if I did not provide you a paper copy.

The count court at law No. 2 is being given notice only, with the paper record & the request for the clerks record. The docketing statement & fee are going to the Court of Criminal Appeals.

As an interested party, Non-attorney, Witness, Man & Living Spirit Expressly Reserving All Liberties.
Prepared & submitted on or about the 24th day of September 2015, by Petitioner:

_____,

Frederick-William: Van Horn
2334 S. Hwy. 77
Waxahachie, Texas 75165
Ph. No. 972 937 6059

...ocument contains some
...ges that are of poor quality
... the time of imaging.

| Appellate Docket Number: | WRIT 1001    Re:E0004327 |
| Appellate Case Style: Style: | Frederick-William Van Horn |
| Vs. | State of Texas |

| Companion Case: | |

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: **Of Criminal Appeals**

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) N/A |
|---|---|
| First Name: Frederick | ☐ Lead Attorney |
| Middle Name: William | First Name: |
| Last Name: Van Horn | Middle Name: |
| Suffix: | Last Name: |
| Appellant Incarcerated? ☐ Yes ☑ No | Suffix: |
| Amount of Bond: | ☐ Appointed          ☐ District/County Attorney |
| Pro Se: ○ Private Litigant | ☐ Retained          ☐ Public Defender |
| | Firm Name: |
| | Address 1: |
| | Address 2: |
| | City: |
| | State: Texas          Zip+4: |
| | Telephone:          ext. |
| | Fax: |
| | Email: |
| | SBN: |
| | Add Another Appellant/ Attorney |

## III. Appellee

First Name: The State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

*She has Never filed AN answer To Any of My filings*

## IV. Appellee Attorney

☐ Lead Attorney

First Name: MS. DANA DEEANN HUFFMAN

Middle Name: DEEANN

Last Name: HUFFMAN

Suffix:

☐ Appointed    ☐ ~~District/County Attorney~~    *State/Municipal Court*

☐ Retained    ☐ Public Defender

Firm Name:

Address 1: Dallas Texas 1143 Rockingham Dr Ste 107 Richardson, TX 75080-4327

Address 2: or 401 South Rogers

City: Waxahache

State: Texas    Zip+4: 75168

Telephone: 972 937 7757 ext.

Fax:

Email:

SBN: 00792593

Add Another Appellee/Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): TRAFFIC

Type of Judgment: ORDER

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: Sept 9th 2015

Offense charged:

Date of offense:

Defendant's plea:

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☐ No

Was the trial by: ☐ jury or ☐ non-jury? NO TRIAL

Date notice of appeal filed in trial court: Sept 24th 2015

If mailed to the trial court clerk, also give the date mailed:

Sept 25th 2015

Punishment assessed: ~~None~~

Is the appeal from a pre-trial order? ☐ Yes ☑ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☑ Yes ☐ No    *This Appeal Is being Do to a Denial of a Plea to the Jurisdiction on Petition for writ of Prohibition In the County Court at Law # 2*

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☐ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☐ No    If yes, date filed:

Other: ☐ Yes ☐ No    If yes, date filed:

If other, please specify:

*(explanation) They are not responding, I have Givin Such law that may appear to support what they are doing if taken out of context of The Intent of the principles of law. If said law is reason for why then it is challenged as Invalid*

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☐ No ☐ NA    If yes, date filed:

Date of hearing:    ☐ NA

Date of order:    ☐ NA

Ruling on motion: ☐ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling:

## VIII. Trial Court And Record

**Court:** County Court at Law No. 2

**County:** Ellis

**Trial Court Docket Number (Cause no):** E0004327

**Trial Court Judge (who tried or disposed of the case):** County Cause # is WRIT 1001

**First Name:** A. Gene Colvert, Jr

**Middle Name:** ?

**Last Name:** ?

**Suffix:**

**Address 1:** 109 S. Jackson St

**Address 2:** Second Floor

**City:** Waxahachie, Tx

**State:** Texas **Zip + 4:** 75165

**Telephone:** 972 825 5066 ext.

**Fax:** 972 825 5010

**Email:** Ellis County Official Website - County Court at Law Two

---

**Clerk's Record:**

**Trial Court Clerk:** ☐ District ☐ County

**Was clerk's record requested?** ☑ Yes ☐ No

**If yes, date requested:** Sept 24th 2015

**If no, date it will be requested:**

**Were payment arrangements made with clerk?**

☑ Yes ☐ No ☐ Indigent

Through Letter Offer only

---

**Reporter's or Recorder's Record:**

**Is there a reporter's record?** ☐ Yes ☑ No

**Was reporter's record requested?** ☑ Yes ☐ No

**Was the reporter's record electronically recorded?** ☑ Yes ☐ No

**If yes, date requested:**

**Were payment arrangements made with the court reporter/court recorder?** ☐ Yes ☐ No ☐ Indigent

In state There was one Recorded at the Municipal Court Pre Trial Hearing They said it was not a court of Record & was not available

---

☐ Court Reporter ☐ Court Recorder
☐ Official ☐ Substitute

**First Name:**

**Middle Name:**

**Last Name:**

**Suffix:**

**Address 1:**

**Address 2:**

**City:**

**State:** Texas **Zip + 4:**

**Telephone:** ext.

**Fax:**

**Email:**

## IX. Related Matters

List any pending or past related ~~appeals~~ cases before this or any other Texas ~~appellate~~ court by court, docket number, and style.

Docket Number: _Ellis County, District Court for 71919 & 76234 & were both Removed To Federal Court_ Court: _& Appealed To The Fifth Circuit in Louisiana_

Style: _Frederick William Van Horn_

Vs. State of Texas

_71919 was filed in 2006 To Overcome warrants Related_
_see A-137_
_76234 became 3:08cv 861 see A-29, A-45_

_Fifth Circuit # 09-10753_
_see A-115 in the Record_
_I Provided_

## X. Signature

Signature of counsel (or Pro Se Party): _Frederick William Van Horn_

Date: _Sept 25 2015_

Printed Name: _Frederick William Van Horn_

State Bar No: _NA_

Electronic Signature: _NA_
(Optional)

Name: _NA_

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on ~~the following lead counsel for~~ all parties to the trial court's order or judgment as follows on _____ .

_See Certificate of Service with the Mailing You Received This Statement with_

Signature of counsel (or pro se party)

Electronic Signature: _NA_
(Optional)

State Bar No.: _NA_

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served, and
(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served: *See The Service Page attached.*

Date Served: ▓▓▓▓▓▓▓

Manner Served: ▓▓▓▓▓▓▓▓

First Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Middle Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Last Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Suffix: ▓▓▓▓▓

Law Firm Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Address 1: ▓▓▓▓▓▓▓▓▓▓▓▓▓

Address 2: ▓▓▓▓▓▓▓▓▓▓▓▓▓

City: ▓▓▓▓▓▓▓▓▓▓▓▓▓

State    Texas ▓▓▓▓▓▓▓    Zip+4: ▓▓▓▓▓▓▓▓

Telephone: ▓▓▓▓▓▓▓▓ ext. ▓▓▓▓

Fax: ▓▓▓▓▓▓▓▓

Email: ▓▓▓▓▓▓▓▓▓▓▓▓▓

| STATE OF TEXAS: | § | IN THE ELLIS COUNTY |
| | § | |
| PLAINTIFF | § | COURT AT LAW No. 2 |
| | § | |
| vs. | § | 109 SOUTH JACKSON St. |
| | § | |
| Frederick-William: Van Horn | § | WAXAHACHIE, TEXAS |
| | § | |
| Appellant | § | 75168 |

# CERTIFICATION OF SERVICE

1.    I Relater Frederick-William: Van Horn, hereinafter referred to as Affiant, being of majority in age, competent to testify, as self realized entity, free man upon the land, my yes be yes, my no be no, do state that the truths & facts herein are of first hand personal knowledge, true, correct, complete, certain, not misleading, under penalty of perjury, & in accordance with Title 28 USC 1746 & applicable laws of the State of Texas so help me YHVH, &:

2.    That, Affiant on or about September 24th , 2015, produced the attached notice of appeal, to be filed/served in regards to, Doc. No. E0004327 regarding said cause this day in the Ellis County Court at Law No. 2 Clerks Office, Waxahachie, Texas 75168, &:

3.    That, Affiant on or about this September 24th, 2015, Affiant served the attached, "Affiant' above listed document, etc.", with attachments thereto, hereinafter documents, by filling them also in person at the Waxahachie municipal court at 401 South Rogers & or by placing said documents properly enclosed in a sealed wrapper, postage prepaid, at the Waxahachie, or other, Texas U.S. Post Offices, listed below:

The Current filing entails Appellant' Notice of appeal, Pleading & volume 1 of 2

& volume 2 of 2 of the appellants record prepared by Appellant.

1.    Court Of Criminal Appeals    *Docketing Statement*
P.O. Box 12308
Austin Texas 78711
Ph: 512 463 1551

*The Record was only Provided To 1., 3., & 4. CD's are provided To everyone*

2.    The State of Texas
Texas Attorney General Office
209 W. 14th St., or
P.O. Box 12548
Austin, Texas 78711

3.    County Court At Law No. 2
.via Cindy Polley Ellis County Clerks Office at    *Docketing statement & a Request for the Clerks Record*
109 South Jackson St.
Waxahachie, Texas 75168

4.    Waxahachie Municipal Court    *Docketing Statement*
401 S. Rogers,
Waxahachie, Texas 75168
Hand delivered.

5.    The Governor of the State of Texas
P.O. Box 12428
Austin, Texas 78711

*every one here is also Today is being sent Appellants Objections Regarding Appellants Request for the Clerks Record Etc...*

6.    Mayor of Waxahachie:
P.O. Box 757
Waxahachie, Texas 75168

7.    State Commission on Judicial Conduct
P.O. Box 12265
Austin, Texas 78711

Further Affiant saith naught.

As an interested party, Non-attorney, Witness, Man & Living Spirit Expressly Reserving All Liberties.
Prepared & submitted on or about the 25th day of September 2015, by Affiant:

_____

Frederick-William: Van Horn
2334 S. Hwy. 77
Waxahachie, Texas 75165
Ph. No. 972 937 6059

WAXAHACHIE
316 N COLLEGE ST
WAXAHACHIE
TX
751659998
4894950165
09/24/2015    (800)275-8777    4:18 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| Dom M.O. - Value | | $195.00 |
| (Serial#:22818758174) | | |
| Dom M.O. Fee | | $1.25 |
| Total | | $196.25 |
| Cash | | $200.00 |
| Change | | ($3.75) |

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.

*************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
*************************************


All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

or scan this code with
your mobile device:



or call 1-800-410-7420.

YOUR OPINION COUNTS

Bill #:  840-57520083-2-391639-2
Clerk:    07

---

UNITED STATES POSTAL SERVICE ®

SEE BACK OF THIS RECEIPT
FOR IMPORTANT CLAIM
INFORMATION

NOT NEGOTIABLE

Serial Number
22818758174

Pay to  Council of Criminal Appeals
Address  P.O. Box 12308
Austin Texas 78711 for Docket fee

2015-09-24    751650

Year, Month, Day   Post Office
2015-09-24    751650

Amount
$195.00

KEEP THIS
RECEIPT FOR
YOUR RECORDS

Clerk
07

---

UNITED STATES POSTAL SERVICE ®

Serial Number
22818758174

POSTAL MONEY ORDER

CUSTOMER'S RECEIPT

Year, Month, Day   Post Office   Amount
2015-09-24    751650    $195.00    Clerk 07

One Hundred Ninety Five Dollars and 00/100 ******

$195.00

U.S. Dollars and Cents

Pay to  Council of Criminal Appeals
Address  P.O. Box 12308
Austin Texas 78711 for Docket fee

Memo  For the Docketing Fee

From 23345 S Hwy 77
Address Waxahachie Texas 75165

Fredervick Walton

© 2008 United States Postal Service. All Rights Reserved.

SEE REVERSE WARNING ○ NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

:000000800 2:   22818758174:

2015 SEP 24 PM 4:20

FILED FOR RECORD
CINDY POLLEY
ELLIS COUNTY CLERK

Docket No. WRIT 1001.
Re: Cause No: E0004327

| | | |
|---|---|---|
| STATE OF TEXAS: | § | IN THE ELLIS COUNTY |
| | § | |
| PLAINTIFF | § | COURT AT LAW No. 2 |
| | § | |
| vs. | § | 109 SOUTH JACKSON St. |
| | § | |
| Frederick-William: Van Horn | § | WAXAHACHIE, TEXAS |
| | § | |
| Relater | § | 75168 |

## Notice of Appeal

I am Appealing the September 9th order of Ellis county court at law No. 2.

Please take 'Notice of Appeal: Pleading'. Filed here with is a CD of the appellants record if I did not provide you a paper copy.

The count court at law No. 2 is being given notice only, with the paper record & the request for the clerks record. The docketing statement & fee are going to the Court of Criminal Appeals.

As an interested party, Non-attorney, Witness, Man & Living Spirit Expressly Reserving All Liberties.

Prepared & submitted on or about the 24th day of September 2015, by Petitioner:

_Frederick-William: Van Horn_,
Frederick-William: Van Horn
2334 S. Hwy. 77
Waxahachie, Texas 75165
Ph. No. 972 937 6059

F I L E D SEP 2 4 2015

Appellant' Record

Volume 1 of 2

Municipal Court Docket No. E0004327

County Docket No. WRIT 1001

In The County Court At Law No. 2

Honorable Judge: A. Gene Calvert, Jr. Judge

Presiding

---

The State Of Texas

Plaintiff,

v.

Frederick-William: Van Horn,

Defendant

---

Appeal to the
Court Of Criminal Appeals of Texas
P.O. Box 12308
Austin Texas 78711
Ph: 512 463 1551

---

Relater: Private Litigant:
Frederick-William: Van Horn
2334 S. Hwy. 77,
Waxahachie, Texas  75165
Phone No. 972 937 6059

Respondent Attorney: DANA D. HUFFMAN
T.B.N. 00792593
401 South Rogers
Waxahachie Texas  75168
Phone No. 972 713 7757

Appellant' Record

Volume 2 of 2

Municipal Court Docket No. E0004327

County Docket No. WRIT 1001

In The County Court At Law No. 2

Honorable Judge: A. Gene Calvert, Jr. Judge

Presiding

---

The State Of Texas

Plaintiff,

v.

Frederick-William: Van Horn,

Defendant

---

Appeal to the
Court Of Criminal Appeals of Texas
P.O. Box 12308
Austin Texas 78711
Ph: 512 463 1551

---

Relater: Private Litigant:
Frederick-William: Van Horn
2334 S. Hwy. 77,
Waxahachie, Texas 75165
Phone No. 972 937 6059

Respondent Attorney: DANA D. HUFFMAN
T.B.N. 00792593
401 South Rogers
Waxahachie Texas 75168
Phone No. 972 713 7757

Docket No. WRIT 1001.
Re: Cause No: E0004327

| | | |
|---|---|---|
| STATE OF TEXAS: | § | IN THE ELLIS COUNTY |
| | § | |
| PLAINTIFF | § | COURT AT LAW No. 2 |
| | § | |
| vs. | § | 109 SOUTH JACKSON St. |
| | § | |
| Frederick-William: Van Horn | § | WAXAHACHIE, TEXAS |
| | § | |
| Relater | § | 75168 |

## Notice of Appeal: Pleading.

I am Appealing the September 9th order of Ellis county court at law No. 2.

The reason I have prepared this notice of appeal this way is because of all the problems I am having with the Ellis county clerks. The latest being my asking for the docketing statement & being refused. The challenge to the subject matter jurisdiction being denied on the 9th is the grounds for this appeal.

Summary of the complaint provided because this is as I understand it an accelerated appeal: Appeal-Regular.

I understand I am to follow the rules of a regular appeal just at the accelerated table.

The state has no standing to prosecute me in the first place, no grounds, & none of any other kind of right to prosecute me, this being essentially the third time makes it just another form of malice. They have no right to prosecute me or even try. I am not liable or subject to their interests. They have no right to the precedence provided by probable cause when they know they have no cause to prosecute me: in the first place e.g. probability or other wise via such grounds. The only mater before the court at this time is the challenge to the subject matter & the subsequent mandatory termination of the criminal prosecution against me. The damages are not before the court until the accrual of the criminal action, & a

STATE OF TEXAS:                    §    IN THE ELLIS COUNTY
                                   §
          PLAINTIFF                §    COURT AT LAW No. 2
                                   §
     vs.                           §    109 SOUTH JACKSON St.
                                   §
Frederick-William: Van Horn        §    WAXAHACHIE,  TEXAS
                                   §
          Relater                  §    75168

## Objections Regarding
## Defendants  Request For The Clerks Record,  & My response
## to the justice department.

I was trying to accomplish verifying the costs per page of documents in the clerks record in the Ellis county main clerks office Phone No. 972 825 5070, frustrated I called the Ellis county court at law No. 2 phone No. 972 825 5066. I got to talk to Patricia Marshall, she said any of the Ellis county clerks can answer my filing questions, to my question of how much does it cost per page for the clerks record.  I already knew the maximum was a dollar a page that can be charged, & when I called again the Ellis county main clerks office at Phone No. 972 825 5070, I asked for Morgan: the clerk who occupies Ellis county court at law No. 2  desk at the Ellis county main clerks office & she told me 1 dollar a page only after I spoke about my conversation with Patricia Marshall a couple of minutes earlier.   Patricia Marshall works at the Ellis county court at law No. 2 judge' office & Patricia Marshall told me I have to conduct all my affairs through the Ellis county main clerks office so I am stuck with this problem.  I want to accomplish purchasing the clerks record so I don't have my appeal dismissed for failure to follow the rules. On the 24th of September I talked to Morgan in person at the counter of  Ellis county court at law No. 2  Ellis county main clerks office desk about the currant filling of my request for the clerks record & my notice of

appeal. While at Morgan' desk while filing my 528 or there about page 2 volume appellants version of a clerks record I noted that I had forgot this document requesting the clerks record see below I pointed out that the below requested information for the clerks record was found in the body of the Index' table of contents, & that I would bring in my forgotten separate request for the clerks record tomorrow. Morgan than says what record then she says there is only what I filed & that there is no clerks record.

Instead of going in I have made this documentation of these several concerns & I am mailing my request instead. I figure The clerks record if she uses the documents I asked for or she copies my format, the cost should not be more than 600.00 dollars, money I will set aside for her, & do to the given circumstances & the fact that the planed earnest money I was going to provide got used up making 3 copies of the appellant record one for the municipal court the county court & the court of criminal appeals. I don't have anything to pay at this time, anyways, but I will have the money as soon as possible. I need her to call me at 972 937 6059 with the figure otherwise I will assume there is not going to be a cost or a record regardless that I requested it thus there will be no other record than the one I provided.

I have read & do apply the rules to the best of my ability Its like this response to the justice departments refusal to investigate the crime against me created by my being criminally prosecuted. The Texas torts claims act does not & can not bar alternative forms of opportunity even though one may be made hole by the first avenue, I have the right to all remedies provided by the principles of the law. Seeking to notice the justice department of the situation allows me to address the fraud without filing an individual suite against the judges. What the justice department is ignoring is the fact that I am not an amended citizen. I personify an original citizen such as Washington or Lincoln. Literally the prosecution against me is un Constitutional they have no right, they cant prosecute me, its fraud, what they are doing is criminal, & they know it. It can

Objections Regarding Defendants Request For The Clerks Record, & My response to the justice department: September-25th -2015

not be allowed to continue even if they can afford to pay or are legislatively required to do so for having hurt me. What the justice department is doing is just bad form, if it is as it appears to be, in that the justice department is there to prosecute criminal behavior of the states judges then certainly my complaint is appropriately asserted. The bad form lay at there stating that there is nothing to investigate when clearly there is.

The 7 documents listed below Encompass the Portion of the clerks record I am requesting. I provide a copy of how I would & did put mine together mine is around 528 pages. Please let me Know what it cost & I will bring as much or all I can at that time.

27.    Tab 27. August 6th, 2015: Defendants Petition For Writ of Prohibition.

Page R-119.

To save time & money I reformatted to include the record filed with Tab 27 above to add Tabs 28 through 32 below thus this adding of pages R-161 through R-257 are what makes to the best of my ability & knowledge a complete record of E0004327. I suggest & ask the clerk to copy me & I have provided earnest money down for this purpose, & it would be in my opinion the most efficient way, & an even better situation would be for the Court to proceed on my record. Basically Tabs 27 through Tab 32 are the last 7 documents filed & the subject of this appeal. Of course I know she may have some other policy to fallow & I may be required to use her record.. I really hope we can just use mine.

28.    Tab 28. August 12th, 2015: Defendants Receipt paying for the filing of the Petition For Writ of Prohibition p. R-170.                     Page R-161.

29.    Tab 29. August 14th, 2015: Letters, Questions, & complaint Regarding the

delay. <span></span>

30. Tab 30. September 9th, 2015: Order Denying my petition for writ of prohibition from the county court at law No. 2. Page R-189.

31. Tab 31. September 10th, 2015: The Justice Departments response regarding: Letters, Questions, & complaint Regarding the delay. Page R-190.

32. Tab 32. September 11th, 2015: Motion to reconsider & or plea to the jurisdiction & or a motion to dismiss for lack of jurisdiction. Page R-194.

### Volume 2 of 2 begins

33. Tab 33. September 24th, 2015: Notice of Appeal, Pleading. Page R-221.

As an interested party, Non-attorney, Witness, Man & Living Spirit Expressly Reserving All Liberties.
Prepared & submitted on or about the 24th day of September 2015, by Petitioner:

_____,
Frederick-William: Van Horn
2334 S. Hwy. 77
Waxahachie, Texas 75165
Ph. No. 972 937 6059